# JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRIESE SCHIFFAHRTS GMBH & CO. KG,

                     Plaintiff,

           - against -

SHANDONG PROVINCE YANTAI
INTERNATIONAL MARINE SHIPPING CO.,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X



08 CV ___ Civ 6339

**RULE 7.1 STATEMENT**



JUL 15 2008

U.S.D.C. S.D.N.Y.
CASHIERS

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that BRIESE SCHIFFAHRTS GMBH & CO. KG is a private (non governmental) entity, which is not owned by a publicly held corporation, and that it has no parent corporation.

Dated: New York, New York
       July 15, 2008

                               CONDON & FORSYTH LLP

                               By: _____
                                 Lili F. Beneda (LB 1879)
                               7 Times Square, 18th Floor
                               New York, New York 10036
                               Telephone: (212) 894-6778
                               Facsimile: (212) 597-6721

                               *Attorneys for Plaintiff*
                               *BRIESE SCHIFFARTS*
                               *GMBH & CO. K.G.*