## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK   )

Roselyne Pierre, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides at 74 West 92nd Street, Apt 13G, New York, New York 10025. That on the 28th day of July 2008, deponent served the within **AMENDED VERIFIED COMPLAINT, RULE B ATTACHMENT AND AMENDED RULE 7.1 STATEMENT** upon:

| | | |
|---|---|---|
| Jason Waguespack, Esq.<br>Michael J. Nicaud, Esq.<br>Attorneys for Plaintiff<br>Galloway, Johnson, Tompkins,<br>Burr & Smith<br>One Shell Square, 701 Poydras<br>Street, 40th Floor<br>New Orleans, Louisiana 70139 | And | Shandong Yantai International<br>Marine Shipping Company<br>No. 2 Huanhai Road<br>Yantai City<br>Shandong 26400<br>China |

the address designated by said attorneys for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Roselyne Pierre

Sworn to before me this
28th day of July, 2008

_____
Notary Public

ROBIN L. TODD
Notary Public, State of New York
No. 01TO6179263
Qualified in Westchester County
Commission Expires December 17, 2011